**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-5490

TERRENCE A. HUGAR,

Plaintiff,

v.

CHARLES A. DOMBEK,

Defendant.

---

**NOTICE OF REMOVAL OF CIVIL ACTION FROM THE DISTRICT COURT OF ARAPAHOE COUNTY, COLORADO (State Court Case No. 2026CV000319)**

---

Defendant Charles A. Dombek ("**Dombek**"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and D.C.COLO.LCivR 81.1, hereby gives notice of removal of the above-captioned action, currently pending in the District Court, Arapahoe County, Colorado, Case No. 2026CV000319, to the United States District Court for the District of Colorado.

Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibits 1 through 8** hereto are copies of all process, pleadings, and orders filed in the state court action.

## I. Removal is proper based on diversity of citizenship

This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

*A. Citizenship of the Parties*

Plaintiff Terrence A. Hugar is a citizen of Colorado. (*See* Complaint ¶ 2.) Defendant Charles A. Dombek is a citizen of Texas. (*See* Complaint ¶ 3.) There is thus complete diversity of citizenship between the parties.

*B. Amount in Controversy*

The state court Complaint seeks, among other relief, recovery "at least $525,000" among other damages. (*See* Complaint at 16.) The amount in controversy thus exceeds $75,000, exclusive of interest and costs.

## II. All procedural requirements are satisfied

This action is removable to this Court because Arapahoe County, Colorado falls within the District of Colorado.

Dombek is the sole Defendant; thus, all Defendants join in or consent to removal.

Pursuant to D.C.COLO.LCivR 81.1(b), concurrently with the filing of this Notice, Defendant attaches as **Exhibit 9** a current docket sheet (register of actions) from the state court proceeding. There are no pending motions or petitions pending for decision in that action. Pursuant to D.C.COLO.LCivR 81.1(c), Defendant will promptly notify the state court of this removal. No hearing has been set in the state court.

## III. Conclusion

WHEREFORE, Defendant Charles A. Dombek hereby removes this action from the District Court, Arapahoe County, Colorado, Case No. 2026CV000319, to the United States District Court for the District of Colorado and respectfully requests that this Court exercise jurisdiction over the removed action.

Dated this 26th day of October 2026.

Respectfully submitted,

*s/ Douglas N. Marsh*

Douglas N. Marsh, #45964
Reid J. Allred, #37934
Cambridge Law LLC
4610 S. Ulster Street, Suite 150
Denver, CO 80237
Telephone: 303.488.3338
doug@cambridgelaw.com
reid@cambridgelaw.com

*Attorneys for Defendant Charles A. Dombek*